IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| ELI'S GENERAL CONTRACTING, LLC, | : | Case No. 1:24-cv-90 |
| Plaintiff, | : | Judge Matthew W. McFarland |
| v. | : | |
| NEXT INSURANCE COMPANY, | : | |
| Defendant. | : | |

### JUDGMENT IN A CIVIL CASE

| | | |
|---|---|---|
| | **Jury Verdict.** | This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. |
| **X** | **Decision by Court.** | This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. |

**IT IS ORDERED AND ADJUDGED** that the Court ADOPTS Magistrate Judge Litkovitz' s Report and Recommendation (Doc. 11) in its entirety and ORDERS the following:
1. Plaintiff's Motion to Remand (Doc. 7) is GRANTED;
2. This matter is REMANDED to the Court of Common Pleas of Hamilton County, Ohio; and
3. This matter is TERMINATED from the Court's docket.

Dated:  July 2, 2024.                              Richard W. Nagel, Clerk of Court
                                                                  By:  */s/ Kellie A. Fields*
                                                                          Deputy Clerk